UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONALD YOUNG and ANN YOUNG,

    Plaintiffs,

v.                                           CASE NO. 3:18-cv-331-J-25MCR

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____/

**ORDER**

On July 19, 2018, the Court entered an Order (1) granting Plaintiffs' Motion to Compel (Doc. 12), (2) directing Defendant to provide, no later than August 2, 2018, amended responses to Plaintiffs' First Set of Interrogatories and all responsive records to Plaintiffs' First Request for Production of Documents, except those identified in a properly prepared and submitted privilege log, and (3) directing Defendant to show cause, no later than August 10, 2018, why Defendant and/or its counsel should not be ordered to pay Plaintiffs' reasonable expenses, including attorney's fees, incurred in bringing the Motion to Compel. (*See* Doc. 13.)

On August 6, 2018, Defendant filed a Response to the Order to Show Cause. (Doc. 14.) In the Response, Defendant presents a timeline of the events "in an effort to show it should not be ordered to pay Plaintiffs' fees or expenses as it shows a continuous attempt to resolve this matter without Court intervention

and to comply with the Plaintiffs' requests." (*Id.* at 3.)  Further, Defendant represents that its amended discovery responses were served prior to the date of the Court's Order compelling the same, but after the Motion to Compel was filed. (*Id.*)

The Court finds that an award of reasonable expenses to Plaintiffs, including attorney's fees, incurred in making the Motion to Compel, pursuant to Fed.R.Civ.P. 37(a)(5)(A), is appropriate, because the amended discovery was provided after the Motion to Compel was filed and there is no argument that any of the circumstances listed in Rule 37(a)(5)(A)(i)-(iii) apply in this case.  To that end, the parties shall confer and attempt to agree on an appropriate sum representing such expenses.  If the parties are unable to agree, Plaintiffs shall file an affidavit regarding expenses no later than **August 28, 2018**, and Defendant shall respond to the affidavit no later than **September 11, 2018**.

**DONE AND ORDERED** at Jacksonville, Florida, on August 7, 2018.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record